Decided December 13, 1999

STATE OF CONNECTICUT *v.* ROBERT WHITE

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 412 (AC 18015), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Cameron R. Dorman*, special public defender, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided December 13, 1999